An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL P. FAHEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63689

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on July 25, 2013.[1] Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[2]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]The July 16, 2013, minutes indicate that the district court continued the matter pending the outcome of the appeal in *Fahey v. State*, Docket No. 63262.

[2]We have considered the proper person documents submitted in this matter, and we conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26580

cc:   Hon. Valorie J. Vega, District Judge
Paul P. Fahey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk